UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN J. OTROMPKE,

                    Plaintiff,

         -against-

THE FIRST DEPARTMENT COMMITTEE
ON CHARACTER AND FITNESS; THE
NEW YORK BOARD OF LAW
EXAMINERS; "JOHN DOE" PRESIDENT
OR CHIEF EXECUTIVE OF THE NEW
YORK BOARD OF LAW EXAMINERS;
LETITIA JAMES; AND GEORGE
ANTHONY ROYALL,

                    Defendants.

20-CV-3839 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued July 23, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed

because there is no "case" or "controversy" over which this Court has jurisdiction.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    July 23, 2020
           New York, New York

                                  _____
                                    Louis L. Stanton
                                    U.S.D.J.